```
            IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION
```

IN RE: ALESANDRO & NORMA I PEREZ          )
                                          )
Wells Fargo Bank, N.A.,                   )
            Creditor,                     )
                                          )
      vs.                                 ) CASE NO. 09B49322
                                          ) JUDGE Manuel Barbosa
ALESANDRO & NORMA I PEREZ,                )
            Debtor                        )

## RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE

Now comes Wells Fargo Bank, N.A., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the May 1, 2012 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of April 27, 2012:

   Loan is current.

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice Wells Fargo Bank, N.A. rights to collect these amounts will be unaffected.

                              Respectfully Submitted,
                              Wells Fargo Bank, N.A.

                              /s/Lydia Y. Siu
                              Lydia Y. Siu
                              ARDC#6288604
                              Pierce and Associates, P.C.
                              1 North Dearborn
                              Suite 1300
                              Chicago, Illinois 60602
                              (312)346-9088

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

RE:  ALESANDRO & NORMA I PEREZ    )
                                  ) CASE NO. 09B49322
Wells Fargo Bank, N.A.,           ) Judge Manuel Barbosa
           Creditor,              )
     vs.                          )
                                  )
ALESANDRO & NORMA I PEREZ,        )
           Debtor,                )

### CERTIFICATE OF SERVICE

I, the undersigned Attorney, Certify that a copy of this Response was served to the Addresses attached by Electronic Notice through ECF or depositing same at the U.S. Mail at 1 North Dearborn Street, 13th Floor, Chicago, IL 60602 at 5:00 p.m. on May 3, 2012, with proper postage prepaid.

/s/Lydia Y. Siu
Lydia Y. Siu
ARDC#6288604

**\*\*\*THESE DOCUMENTS ARE AN ATTEMPT**      Pierce and Associates,
**TO COLLECT A DEBT AND ANY**                1 North Dearborn
**INFORMATION OBTAINED WILL BE USED**        13th Floor
**FOR THAT PURPOSE\*\*\***                   Chicago, IL 60602

## NOTICE OF MOTION ADDRESSES

To Trustee:
Glenn B. Stearns
801 Warrenville Rd
Suite 650
Lisle, Illinois 60532
**by Electronic Notice though ECF**

U.S. TRUSTEE
401 Main Street
Suite 1100
Peoria, Illinois 61602
**By Electronic Notice through ECF**

To Debtor:
ALESANDRO & NORMA I PEREZ
709 Lafayette Street
Aurora, IL 60505
**by U.S. Mail**


To Attorney:
Legal Helpers
233 S. Wacker Drive, Suite 5150
Chicago, IL 60602
**by Electronic Notice though ECF**



PIERCE & ASSOCIATES, P.C.
Attorneys for: Creditor
1 North Dearborn Suite 1300
Chicago, Illinois 60602
(312) 346-9088



PA10-5793